LIONEL SAWYER & COLLINS
Charles H. McCrea, Jr. (SBN 104)
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

T:  702.383.8888
F:  702.383.8845
E:  cmccrea@lionelsawyer.com

*Attorneys for Plaintiff,*
*DOMINIC ANTHONY MARROCCO*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMINIC ANTHONY MARROCCO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MARK A. HILL, an individual; and MARCELLOUS McZEAL, an individual, <br><br> Defendants. | Case No.  2:12-cv-00028-JCM-RJJ <br><br><br><br> **ORDER EXPUNGING DEFENDANTS' NOTICE OF LIS PENDENS** |

      Based upon plaintiff Dominic Anthony Marrocco's January 9, 2012, Complaint (Doc. #1) and Emergency Motion for Order to Show Cause Why Notice of Lis Pendens Should Not Be Expunged (Doc. #4); plaintiff's February 13, 2012, First Amended Complaint (Doc. #12); the Court's February 28, 2012, Order (Doc. #15) granting plaintiff's Emergency Motion for Order to Show Cause Why Notice of Lis Pendens Should Not Be Expunged and giving defendants' until March 9, 2012, in which to respond; and defendants' failure to respond to the Court's February 28, 2012, Order by March 9, 2012, and good cause appearing therefor,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to

expunge notice of lis pendens be and the same is GRANTED. And

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendants' Notice of Lis Pendens recorded September 21, 2010, in the Office of the Clark County Recorder as Instrument #201009210002841, affecting the following real property

1) APN No. 177-01-602-010, commonly known as 6760 Tomiyasu Lane, Las Vegas, Nevada 89120;

2) APN No. 177-01-602-001, commonly known as 6740 Tomiyasu Lane, Las Vegas, Nevada 89120; and

3) APN No. 177-01-711-027, commonly known as 6971 Monte Rosa Avenue, Las Vegas, Nevada 89120,

shall be and the same is ordered EXPUNGED, RELEASED, AND OF NO EFFECT WHATSOEVER. And

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order may be recorded in the Office of the Clark County Recorder in the applicable chains of title of the foregoing described real property.

DATED and DONE March 16, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LIONEL SAWYER & COLLINS

By: /s/Charles H. McCrea, Jr.
Charles H. McCrea, Jr. (SBN 104)
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff,*
*DOMINIC ANTHONY MARROCCO*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

ORDER EXPUNGING NOTICE OF LIS PENDENS

Page 2 of 3