UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| DOMINIC ANTHONY MARROCCO, an individual, | ) ) ) ) | |
| Plaintiff, | ) ) | 2:12-cv-28-JCM-RJJ |
| vs. | ) ) | |
| MARK A. HILL, etc., *et al*., | ) ) | O R D E R |
| Defendant, | ) ) | |

This matter is before the Court on an Amended Stipulation to Stay, Continue Hearing and to File a Joint Status Report (#39).

The Court having reviewed the Stipulation (#39) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Amended Stipulation to Stay, Continue Hearing and to File a Joint Status Report **(#39) is GRANTED IN PART AND DENIED IN PART**.

IT IS FURTHER ORDERED that the Amended Stipulation to Stay, Continue Hearing and to File a Joint Status **Report (#39) is GRANTED in that this case is stayed until August 6, 2012.**

IT IS FURTHER ORDERED that the **hearing scheduled for July 17, 2012, is VACATED**.

IT IS FURTHER ORDERED that **said hearing is rescheduled to August 9, 2012, at 9:00 AM** in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

1        IT IS FURTHER ORDERED that the parties shall promptly notify the court if this action
2   is settled through mediation prior to August 6, 2012.
3        IT IS FURTHER ORDERED that the Amended Stipulation to Stay, Continue Hearing
4   and to File a Joint Status Report **(#39) is DENIED as to all other requests**.
5        DATED this  17th  day of July, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge