**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

DOMINIC ANTHONY MORROCCO, )
)
    Plaintiffs, )    2:12-cv-00028-JCM-NJK
)
vs. )
)    **O R D E R**
MARK A. HILL and MARCELLOUS McZEAL )
)
    Defendants. )
_____ )

    This matter is before the Court on Plaintiff's Motion to Extend Discovery and Pretrial Deadlines (#44) filed October 11, 2012.  The Defendants have not filed an opposition.  See, Notice of Non-Opposition (#45).  The Court has reviewed the motion and finds there is good cause for the requested relief.  Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Discovery and Pretrial Deadlines (#44) is **GRANTED;**

    **IT IS FURTHER ORDERED** that the Discovery Deadline and all subsequent deadlines are extended to March 25, 2013.

    Dated this <u>24th</u> day of January, 2013.

_____
**Nancy J. Koppe**
**United States Magistrate Judge**