1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                          **DISTRICT OF NEVADA**
10
11  DOMINIC ANTHONY MARROCCO,               )
12                      Plaintiff(s),        )        Case No. 2:12-cv-0028-JCM-NJK
                                             )
13  vs.                                      )        ORDER
                                             )
14  MARK A. HILL, et al.,                    )
                                             )
15                      Defendant(s).        )
    _____)
16
17          The Court has received a "supplemental affidavit" that appears to seek attorney's fees and
18  costs in relation to opposing objections to the order granting Plaintiff's counter motion to compel.
19  *See* Docket No. 59.  Because the affidavit fails to comply with Local Rule 7-2, it is hereby DENIED
20  without prejudice.  To the extent Plaintiff seeks such relief, he should bring a proper motion.
21          IT IS SO ORDERED.
22          DATED: May 17, 2013
23
24                                          _____
                                            NANCY J. KOPPE
25                                          United States Magistrate Judge
26
27
28